For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Robert F. SEATON, Appellant.**

**WD 78503**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 16, 2016

Jeannette Wolpink, Kansas City, MO, for Appellant

Karen Kramer, Jefferson City, MO, for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Mr. Robert Seaton appeals the trial court's judgment convicting him of one count of statutory rape in the first degree, two counts of statutory sodomy in the first degree, and one count of child molestation in the first degree after a jury trial.